TOWER RIDGE YACHT CLUB, Respondent and Appellant,
*v.* AUGUSTA S. HASTINGS, Appellant and Respondent,
Impleaded with Others.

*Tower Ridge Yacht Club* v. *Hastings*, 143 App. Div. 948, reversed.
(Argued December 17, 1912; decided December 31, 1912.)

CROSS-APPEALS from a judgment of the Appellate
Division of the Supreme Court in the second judicial
department, entered March 17, 1910, modifying and
affirming as modified a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special
Term in an action to compel specific performance of a
contract to convey lands.

*Ralph E. Prime* for plaintiff, respondent and appellant.

*John H. Corwin* for defendant, appellant and
respondent.

Judgment of Appellate Division, so far as appealed from by defendant, except as to costs, reversed and that of Special Term, with the exception aforesaid, reinstated, without costs to either party in this court; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.